AO 245H  (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For a Petty Offense) — Short Form |
| EMERY L. OLIN | CASE NUMBER: 06-po-00060-GJR |
| | USM NUMBER: |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to count(s)  F3845971

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 CFR 261.10(a) | MAININTAINING AN IMPROVEMENT ON NATIONAL FOREST SYSTEM W/O SPECIAL USE PERMIT | 8/1/2006 | F3845971 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
| --- | --- | --- |
| Total: | $ 10.00 | $ 250.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

2/6/2007
Date of Imposition of Judgment

*/s/ Gudrun Rice*
Signature of Judge

Defendant's Residence Address:

GUDRUN RICE — USMagistrate Judge
Name of Judge — Title of Judge

2/27/07
Date

Defendant's Mailing Address: